89/3330



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THOMAS WAYNE WILLIAMS, Appellant

No. 05-98-01113-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court of Dallas County, Texas. (Tr.Ct.No. F98-45083-PH).
Opinion Per Curiam before Justices Ovard, Moseley, and O'Neill.

We **VACATE** our judgment and opinion dated May 25, 2000. Based upon the joint motion of the parties and in the interest of justice, we **REVERSE** the trial court's judgment of June 16, 1998, and we **REMAND** this cause for further proceedings.

Judgment entered June 7, 2000.

_____
JOHN OVARD
JUSTICE

VACATE, REVERSE, REMAND; Opinion Filed June 7, 2000



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-98-01113-CR
No. 05-98-01114-CR

THOMAS WAYNE WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Dallas County, Texas
Trial Court Cause No. F98-45083-PH and F98-45084-NH

## OPINION PER CURIAM

Before Justices Ovard, Moseley, and O'Neill

On June 1, 2000, the parties filed a joint Motion for Rehearing and Remand requesting that

in the interest of justice the Court vacate its opinion and judgment in this case and remand the cause

to the trial court for further proceedings. We grant the parties' motion. *See* TEX. R. APP. P. 2.

Accordingly, based on the joint motion of the parties and in the interest of justice, we **VACATE** our

judgment and opinion dated May 25, 2000, **REVERSE** the trial court's judgment of June 16, 1998,

and **REMAND** this cause for further proceedings.  Our mandate shall issue forthwith.


PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-98-01113-CR    Date Filed: 07/06/1998

Style:  Williams, Thomas Wayne
        v.
        The State of Texas

Trial Judge:            Warder, Janice
Trial Court Reporter:        Belton, Mary
Trial Court:            CRIMINAL DISTRICT COURT # 1  Trial County:        DALLAS

---

APP   Sue Korioth
      ATT 011681975
      P.O. Box 600103
      Dallas, TX 75360-0103
      Phone 214/384-3864
      Fax 214/821-2519

STA   Anne Wetherholt
      ATT 021235300
      Assistant Distrtict Attorney
      Frank Crowley Courts Building
      133 North Industrial Blvd. LB 19
      Dallas, TX 75207-4399
      Phone 214/653-3642
      Fax 214/653-3643